**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS JOFFRE PORRAS BELISARIO,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN, Imperial Regional Detention Facility,<br><br>                                    Respondent. | Case No.:  26cv2492 DMS (DEB)<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition in which they do not dispute Petitioner was previously released from immigration custody on parole, that parole was subsequently terminated, and Petitioner was re-detained.  (Return at 2.)  They also state they "have insufficient information" regarding the termination of Petitioner's parole.  (*Id.*)  Although Respondents dispute whether Petitioner is entitled to release, they acknowledge this Court's prior decisions do not support their argument, and they therefore "do[ ] not oppose the petition and defer[ ] to the Court on the appropriate relief."  (*Id.* at 3.)

That being the case, the Court grants the Petition for the reasons set out in *Galan v. LaRose*, Case No. 26cv1042 DMS (MSB), ECF No. 19 at 4, and *Alvarez Gallardo v.*

1

*Attorney General*, Case No. 26cv2773 DMS (JLB), ECF No. 7 at 6-7. Respondents shall release Petitioner from custody forthwith, and shall not re-detain him without first providing a pre-deprivation hearing before a neutral decisionmaker at which Respondents must prove there are material, changed circumstances related to flight risk or danger to the community that warrant Petitioner's re-detention. The parties shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released. The Clerk of Court shall enter judgment accordingly and close this case.

    **IT IS SO ORDERED**.

Dated: June 22, 2026

Hon. Dana M. Sabraw
United States District Judge